No. 56. MACFIE *v.* CARPROW ET AL. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación por incumplimiento de los artículos 50 y 54 del Reglamento. Resuelto en octubre 23, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Hawking.*

No. 79. SUCESIÓN DÍAZ *v.* CONCURSO NECESARIO DE JOSÉ AVALO SÁNCHEZ. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime una apelación interpuesta contra resolución de la Corte inferior negando el traslado del pleito á la Corte de Distrito de los Estados Unidos. Resuelto en octubre 30, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Hord.* Abogado de la parte contraria: *Sr. Guzmán Benítez, (José.)*

No. 107. MORA *v.* R. VALLECILLA HERMANOS Y CA. Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación, por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento. Resuelto en octubre 30, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Rodríguez.* Abogado de la parte contraria: *Sr. Llorens.*

No. 32. GAUDIER *v.* FRANCO. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 3, 1905. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Robbins.*

No. 110. CALOCA *v.* VILASECA ET AL. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento. Resuelto en noviembre 6, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Guzmán Benítez, (José.)* Abogado de la parte contraria: *Sr. Texidor.*